Attorney: LEVIN EPSTEIN & ASSOCIATES PC Address: 60 EAST 42ND ST., STE#4700 NEW YORK, NY 10165

Job #: 1526556

# AFFIDAVIT OF NON SERVICE

Client's File No.: aguilar vs. carben

US DISTRICT COURT : SOUTHERN DISTRICT

INDEX NO.: 1:22-CV-09685
COUNTY OF SOUTHERN

FRANCISCO LANAU AGUILAR, ON BEHALF OF HIMSELF AND OTHERS SIMILARLY SITUATED IN THE PROPOSED FLSA COLLECTIVE ACTION

Plaintiff

vs

CARBEN CONSTRUCTION INC., RONALD BROWNING, AND ANTHONY LOGIUDICE

Defendant

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

The undersigned being duly sworn deposes and says: that deponent is not a party to this action, is over 18 years of age and resides in the State of New York. That on the following date: 02/17/2023, at the following time: 12:47 PM, at 32 PASADENA PL., MT. VERNON, NY 10552, deponent attempted to serve the within SUMMONS IN A CIVIL ACTION AND COMPLAINT

upon RONALD BROWNING
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts at
32 PASADENA PL., MT. VERNON, NY 10552
deponent was unable to effect process upon the person being served because of the following reason(s):

- [ ] unknown at address
- [ ] moved, left no forwarding
- [ ] evading
- [ ] unable to serve in timely fashion
- [ ] house/building vacant
- [ ] address does not exist
- [ ] service canceled by litigant
- [ ] no other occupants / tenants over 18 years of age
- [X] Other: CURRENT OCCUPANT JAVIER ORTIZ STATED PERSON IS NOT KNOWN. MAY HAVE BEEN PRIOR TENANT. CURRENT OCCUPANT HAS BEEN AT ADDRESS FOR TWO YEARS.

ATTEMPTS WERE MADE AS FOLLOWS:
Date    Time    Place

Sworn to before me on 02/21/2023

NOTARY PUBLIC
DIANNE GONZALEZ
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01GO6025621, QUALIFIED IN QUEENS COUNTY
TERM EXPIRES, AUGUST 3, 2023

Jack Tamburello
DCA License #

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*