**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

Francisco Lanau Aguilar, on behalf of himself and

Plaintiff(s),

- against -

Carben Construction Inc., Ronald Browning, and A

Defendant(s),

------------------------------------------------------------X

22 ___ Civ. 09685 ___ (KPF___)

**CLERK'S CERTIFICATE**
**OF DEFAULT**

**I, RUBY J. KRAJICK, Clerk of the United States District Court for**

**the Southern District of New York, do hereby certify that this action was commenced on**

11/14/2022 ___ **with the filing of a summons and complaint, a copy of the summons and**

**complaint was served on defendant(s)** Carben Construction Inc. ___

**by personally serving** Nancy Doughtery, Authorized Agent in the New York SOS Office ___,

**and proof of service was therefore filed on** 12/7/2022 ___, **Doc. #(s)** 6 ___.

**I further certify that the docket entries indicate that the defendant(s) has not filed an**

**answer or otherwise moved with respect to the complaint herein. The default of the**

**defendant(s) is/are hereby noted.**

**Dated: New York, New York**

March 23 ___, 20 23 ___

**RUBY J. KRAJICK**
**Clerk of Court**

**By:** _K. Mango_____

**Deputy Clerk**