UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Francisco Lanau Aguilar, on behalf of himself and

                    Plaintiff(s),

          - against -

Carben Construction Inc., Ronald Browning, and A

                   Defendant(s),
------------------------------------------------------------X

22 Civ. 09685 (KPF)

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on 11/14/2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Anthony Logiudice by personally serving Anthony Logiudice, and proof of service was therefore filed on February 24, 2023, Doc. #(s) 9.

I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.

Dated: New York, New York

      April 6, 20 23

                                        **RUBY J. KRAJICK**
                                          Clerk of Court

                                By: *K. Mango*
                                       **Deputy Clerk**