UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Francisco Lanau Aguilar, on behalf of himself and

                              **Plaintiff(s),**

                          **- against -**

Carben Construction Inc., Ronald Browning, and A

                              **Defendant(s),**

------------------------------------------------------------X

        22 Civ. 09685 (KPF)

        **CLERK'S CERTIFICATE OF DEFAULT**

**I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York**, do hereby certify that this action was commenced on 11/14/2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant(s) Ronald Browning by personally serving Ravyn Browning, and proof of service was therefore filed on 04/13/2023, Doc. #(s) 29.

**I further certify that the docket entries indicate that the defendant(s) has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant(s) is/are hereby noted.**

**Dated: New York, New York**

    May 1, 20 23

                                         **RUBY J. KRAJICK**
                                          Clerk of Court

                             **By:** *K. Mango*
                                         **Deputy Clerk**