UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCO LANAU AGUILAR,

*on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                    Plaintiff,

                    -v.-

CARBEN CONSTRUCTION INC., RONALD BROWNING, and ANTHONY LOGIUDICE,

                    Defendants.

22 Civ. 9685 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      Plaintiff has now obtained certificates of default against all three Defendants in this action. (Dkt. #25 (Carben Construction Inc.); Dkt. #28 (Anthony Logiudice); Dkt. #32 (Ronald Browning)). Accordingly, Plaintiff is **ORDERED** to file papers in support of a default judgment against all Defendants in this case by **June 2, 2023.** Instructions for moving for a default judgment may be found in Attachment A to this Court's Individual Rules of Practice in Civil Cases.

      SO ORDERED.

Dated:  May 16, 2023
            New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge