# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792-0048 • E: Jason@levinepstein.com

July 5, 2023

*<u>Via ECF</u>*
The Hon. Katherine Polk Failla, U.S.D.J.
United States District Court, Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Lanau Aguilar v. Carben Construction Inc. et al*
               <u>Case No.: 1:22-cv-09685-KPF</u>

**MEMO ENDORSED**

Dear Honorable Judge Failla:

      This law firm represents Francisco Lanau Aguilar ( the "Plaintiff") in the above-referenced matter.

      Pursuant to Your Honor's Individual Motion Practice Rules 2(C) and 2(D), this letter respectfully serves to request an extension of time to file Plaintiff's motion for default judgment from July 5, 2023, to, through and including August 5, 2023.

      This is the second request of its kind. If granted, this request will not affect any other Court scheduled deadlines.

      The basis of this request is that the undersigned law firm is in the process of gathering additional information from Plaintiff, in support of the contemplated motion for default judgment. The undersigned anticipates being in a position to finalize, and file, Plaintiff's motion for default judgment on or before August 5, 2023.

      In light of the foregoing, Plaintiff respectfully requests that Plaintiff's deadline to file the motion for default judgment be extended from July 5, 2023, to, through and including August 5, 2023.

      We thank the Court for its attention to this matter, and are available at the Court's convenience to answer any questions related to the foregoing.

                        LEVIN-EPSTEIN & ASSOCIATES, P.C.

                        By:   */s/ Jason Mizrahi*
                              Jason Mizrahi
                              60 East 42nd Street, Suite 4747
                              New York, NY 10170
                              Tel. No.:  (212) 792-0048
                              Email: Jason@levinepstein.com
                              *Attorneys for Plaintiff*

Application GRANTED.  Plaintiff may submit his motion for a default judgment and supporting papers by August 7, 2023.  There will be no further extensions of this deadline.

The Clerk of Court is directed to terminate the pending motion at docket entry 36.

Dated:  July 6, 2023
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE