UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Francisco Lanau Aguilar, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                               *Plaintiff*,

                           - *against* -

Carben Construction Inc., Ronald Browning, and Anthony Logiudice,

                                               *Defendants*.
-------------------------------------------------------------X

Case No.: 1:22-cv-06047-BMC

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that upon the annexed Memorandum of Law dated August 7, 2023, together with the supporting declaration of Jason Mizrahi, Esq. and the exhibits annexed thereto, Plaintiff Jordan Posyer ("Plaintiff"), by and through the undersigned counsel, Levin-Epstein & Associates, P.C., will move this Court, the Honorable Katherine Polk Failla presiding, at the United States District Court of the Southern District of New York, 40 Foley Square New York, NY 10007, for an order entering default judgment against Defendants Carben Construction Inc. (the "Corporate Defendant"), Ronald Browning and Anthony Logiudice (together, the "Individual Defendants" and collectively, the "Defendants") pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P.") 55(b) for an Order, together with such other relief as this Court deems just and proper;

PLEASE TAKE FURTHER NOTICE that answering and reply papers, if any, must be served by such date that the Court may order.

Dated: New York, New York
       August 7, 2023

By: /s/ Jason Mizrahi
Jason Mizrahi, Esq.
Joshua D. Levin-Epstein, Esq.
Levin Epstein & Associates, P.C.
60 East 42nd Street, Suite 4700
New York, NY 10165
Telephone: (212) 792-0048
Email: jason@levinepstein.com
*Attorneys for Plaintiff*

Cc: All parties via ECF