UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

FRANCISCO LANAU AGUILAR,

*on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                         Plaintiff,

                         -v.-

CARBEN CONSTRUCTION INC., RONALD BROWNING, and ANTHONY LOGIUDICE,

                         Defendants.

22 Civ. 9685 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

    On November 20, 2023, the Court was informed that the parties have reached a settlement in this case. (Dkt. #54). Accordingly, the parties are instructed to file their completed settlement agreement along with a joint letter regarding the fairness of the settlement agreement on or before **December 21, 2023**, for this Court's review in accordance with the FLSA and Second Circuit law. *See, e.g.*, *Cheeks* v. *Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015). The Clerk of Court is directed to terminate all pending motions and adjourn all remaining dates.

    SO ORDERED.

Dated:  November 21, 2023
          New York, New York

                                                KATHERINE POLK FAILLA
                                               United States District Judge