UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
Francisco Lanau Aguilar, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

         *Plaintiff,*

   *- against –*

Carben Construction Inc., Ronald Browning, and Anthony Logiudice,

         *Defendants.*
---------------------------------------------------------------X

Case No.: 22 Civ. 9685 (KPF)

**JUDGMENT**

  On January 5, 2024, Plaintiff Francisco Lanau Aguilar (the "Plaintiff") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

  NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants Carben Construction Inc., Ronald Browning, and Anthony Logiudice (the "Defendants") in the amount of Nine Thousand Dollars and Zero Cents ($9,000.00) (the "Judgment Amount") which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

  This judgment is intended to resolve, in full satisfaction, all of Plaintiff's claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiff's asserted or could have asserted in this Action, including but not limited to, any claims Plaintiff's may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

Dated: _January 8_, 2024
   New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE