UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Fransisco Lanau Aguilar, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

                                 Plaintiff,      1:22-cv-09685-KPF

      - against -                     **SATISFACTION OF JUDGMENT**

Carben Construction Inc., Ronald Browning, and
Anthony Logiudice,

                                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

      WHEREAS, a judgment was entered in this action on January 8, 2024 in favor of Francisco Lanau Aguilar and against Carben Construction Inc., Ronald Browning, and Anthony Logiudice in the amount of $9,000.00, without interest, and inclusive of all costs and attorneys' fees, and the judgment thereon having been fully paid, and it is certified that there are no outstanding executions with any sheriff or marshal.

      THEREFORE, full and complete satisfaction of the judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of the judgment.

Dated:  New York, New York
          January 17, 2024

                                      LEVIN-EPSTEIN & ASSOCIATES, P.C.

                                      By: _____
                                        Joshua D. Levin-Epstein, Esq.
                                      *Attorneys for Plaintiff,*
                                      *Francisco Lanau Aguilar*
                                      60 East 42nd Street, Suite 470
                                      New York, New York 10165
                                      jason@levineqpstein.com
                                      Joshua@levinepstein.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Jan 17 2024

| | |
|---|---|
| STATE OF NEW YORK ) | |
| ) ss.: | |
| COUNTY OF NEW YORK ) | |

On the 17th day of January 2024 before me personally came Joshua D. Levin-Epstein, to me known and known to be an associate with the law firm of Levin-Epstein & Associates, P.C., attorneys for Plaintiff Fransisco Lanau Aguilar, in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Jason Mizrahi
Notary Public, State of New York
Registration #02MI6434172
Qualified in New York County
Commission Expires May 31, 2026